# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BEVERLY CUNNINGHAM, INDIVIDUALLY, AND AS TRUST BENEFICIARY, | : No. 125 WAL 2015 |
| | : |
| **Respondent** | : Petition for Allowance of Appeal from the : Order of the Superior Court |
| v. | : |
| ALVIN D. CUNNINGHAM, INDIVIDUALLY, ALVIN D. CUNNINGHAM AS TRUSTEE, AND ALVIN D. CUNNINGHAM TRUST, | : |
| **Petitioner** | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 10th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.